UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY VERDUGO,

    Plaintiff,

v.

D. ASHELY COHEN; et al.,

    Defendants.

No. C 06-4083 SI (pr)

**ORDER OF DISMISSAL**

Tony Verdugo filed this pro se prisoner's civil rights action under 42 U.S.C. § 1983. The court reviewed the complaint pursuant to 28 U.S.C. § 1915A and dismissed it with leave to amend because the court could not understand enough of the complaint to determine whether any of his constitutional rights may have been violated and whether any claim for relief was stated. Verdugo was ordered to file an amended complaint by December 15, 2006. He did not file an amended complaint and the deadline by which to do so has long passed. He did send the court two letters, but neither of those was an amended complaint and neither sought additional time to file an amended complaint. Accordingly, this action is dismissed without prejudice for failure to comply with the court's order to file an amended complaint and failure to state a claim upon which relief may be granted. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: February 9, 2007

_____
SUSAN ILLSTON
United States District Judge